UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY RAY THOMAS,

Plaintiff,

v.

CHIME FINANCIAL, INC., et al.,

Defendants.

Case No. 26-cv-06414-JST

**ORDER ADMINISTRATIVELY CLOSING CASE**

The Court has stayed this action pending arbitration. ECF No. 27. The Clerk shall administratively close the file. This order shall not be considered a dismissal or disposition of this action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: September 30, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California